# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PIOMBINO,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00298-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT<br><br>(ECF No. 8) |

On March 11, 2024, Plaintiffs filed this action against Defendants City of Fresno, Fresno Police Officer Steve Rocha, and Fresno Police Officer Corey Evans. (ECF No. 1.) On March 19, 2024, Plaintiff served Defendant City of Fresno only. (ECF No. 6.) The deadline for Defendant City of Fresno to file a responsive pleading was April 9, 2024. Plaintiff has not served Officer Rocha or Officer Evans.

On April 10, 2024, the parties filed a stipulation to extend the deadline for Defendant City of Fresno to file a responsive pleading. (ECF No. 8.) The parties proffer that Defendant City of Fresno intends to file a motion to dismiss and the arguments the City will offer may apply to the individual Defendant police officers, which will lead to a duplicative subsequent motion. The parties therefore stipulate to extend the current due date for the City to file its responsive pleading from April 9, 2024 until June 24, 2024 in the interests of expending the parties' and Court's time and resources efficiently. The parties contend the extension would provide Plaintiff the opportunity to serve the individually named Defendant Officers. The parties

1

further stipulate that, once the individually named Defendants are served, all Defendants will have a mutual deadline to file a responsive pleading on June 24, 2024. The parties confirm they are not requesting to continue the September 24, 2024 scheduling conference.

The Court finds good cause exists to grant the requested extension. However, the Court refers the parties to Local Rule 144(d), which states: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." L.R. 144(d). The instant stipulation was filed after the City's deadline to file a responsive pleading with no explanation for its untimeliness. The parties are directed to heed more attention to deadlines and shall provide stipulated agreements in a timely fashion.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all Defendants shall have up to and including **June 24, 2024** to file their responsive pleadings to the complaint.

IT IS SO ORDERED.

Dated:   **April 10, 2024**

UNITED STATES MAGISTRATE JUDGE