# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PIOMBINO,<br><br>           Plaintiff,<br><br>      v.<br><br>CITY OF FRESNO, et al.,<br><br>           Defendants. | Case No. 1:24-cv-00298-KES-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE JOINT SCHEDULING REPORT<br><br>**MAY 27, 2025 DEADLINE** |

A scheduling conference is currently set for May 29, 2025 in this matter. (ECF No. 19.) The parties were ordered to file a joint scheduling report one full week prior to the scheduling conference. No joint report was filed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

The Court shall require that the parties show cause why sanctions should not issue for the failure to file a joint report in compliance with orders setting the mandatory scheduling conference. (ECF No. 19; see also ECF No. 4)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing no later than **May 27, 2025** why sanctions should not issue for the failure to file a joint scheduling report as required by the December 10, 2024 order (ECF No. 19). <u>The parties are advised that filing a joint scheduling report without showing cause in writing why sanctions should not issue is an insufficient response to this order</u>; and

2. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **May 23, 2025**

STANLEY A. BOONE
United States Magistrate Judge