# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PIOMBINO,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF FRESNO, et al.,<br><br>       Defendants. | Case No. 1:24-cv-00298-KES-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 22, 23, 25) |

A scheduling conference is set for May 29, 2025 in this matter.  (ECF No. 19.)  On May 23, 2025, after the parties failed to file a joint scheduling report one week prior to the scheduling conference, the Court issued an order requiring that the parties show cause why sanctions should not issue for the failure to comply with the Court's December 10, 2024 order.  (ECF No. 22.)

On May 23, 2025, the parties filed responses to the order to show cause stating they failed to file the joint report due to defense counsel's personal matter and counsel for Plaintiff's calendar and staffing issues.  (ECF Nos. 23, 25.)  The parties filed a joint scheduling report on May 23, 2025.  (ECF No. 24.)  The Court finds good cause to discharge the order to show cause.

Accordingly, the May 23, 2025 order to show cause (ECF No. 22) is DISCHARGED.

IT IS SO ORDERED.

Dated:   **May 27, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1