# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PIOMBINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-00298-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANT COREY EVANS<br><br>(ECF No. 37) |

On January 8, 2026, Plaintiff and Defendant Corey Evans filed a stipulation dismissing the claims against this Defendant with prejudice. (ECF No. 37.) In light of the stipulation, Defendant Corey Evans has been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendant Corey Evans on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **January 9, 2026**

　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge