# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA PIOMBINO,<br>Plaintiffs,<br>v.<br>CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:24-cv-00298-KES-SAB<br>ORDER RE: STIPULATION TO MODIFY SCHEDULING ORDER<br>(ECF No. 40) |

Before the Court is the parties' timely stipulation to modify the Court's scheduling order. (ECF No. 40.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the scheduling order is modified as follows:

1. Expert Discovery Deadline: November 30, 2026
2. Dispositive Motion Deadline: February 12, 2027

IT IS SO ORDERED.

Dated: **September 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge